[No. 35342-3-II.  Division Two.  September 18, 2007.]

WILLIAM J. SESKO ET AL., *Appellants*, v. THE CITY OF
BREMERTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 96-2-01009-1, Jay B. Roof, J., entered August
17, 2006. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 25450-0-III.  Division Three.  September 18, 2007.]

ELIAS COURY ET AL., *Appellants*, v. ORCHARD INN ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 02-2-00482-7, Lesley A. Allan, J., entered July
24, 2006. *Reversed* by unpublished opinion per Schultheis,
A.C.J., concurred in by Brown and Kulik, JJ.

[No. 55341-1-I.  Division One.  September 24, 2007.]

THE BEDFORD, LLC, *Appellant*, v. SAFECO INSURANCE COMPANY
OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-16575-3, Terence Lukens, J., entered
November 3, 2004. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Appelwick, C.J., and Agid, J.

[No. 56883-3-I.  Division One.  September 24, 2007.]

*In the Matter of the Detention of* JAMES S. ALLEN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-2-12240-6, Richard A. Jones, J., entered
August 25, 2005. *Affirmed* by unpublished per curiam
opinion. Now published at 142 Wn. App. 1.